IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FULMER COMPANY,                    )
                                   )      Civil Action No. 07-1158
                Plaintiff,         )
                                   )
        v.                         )
                                   )
CUTSFORTH PRODUCTS, INC.,          )
                                   )
                Defendant.         )

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

This matter having come before the Court and the Motion to File Documents under Seal

filed by Plaintiff, and the Court being fully advised by and through the Motion, it is hereby

Ordered that the Plaintiff's Brief in Opposition to Defendant's Motion to Dismiss for Lack of

Personal Jurisdiction or Transfer Venue, Declaration of Leo A. Eger, Declaration of John W.

McIlvaine and accompanying exhibits be filed under seal.

Date: February 8, 2008

_____
United States District Judge