# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Fulmer Company,

                Plaintiff,

    v.

Cutsforth Products, Inc.,

               Defendant.

Civil No. 08-1087 (RHK/RLE)

**ORDER**

_____

Upon consideration of Plaintiff's Notice of Voluntarily Dismissing the Action Without Prejudice Pursuant to F.C.R.P. 41 (a)(1)(i) (Doc. No. 40), **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated:  April 22, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge